IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVE MOORE, ET AL., | § | |
|     Plaintiffs, | § | |
| v. | § | CASE NO. 2:11-CV-022 |
| | § | |
| CITGO REFINING AND CHEMICALS | § | |
|     COMPANY, LP, | § | |
|     Defendant. | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The motion for summary judgment filed by defendant CITGO Refining and Chemicals Company, LP (D.E. 32), is DENIED. This case shall proceed to trial. Final pretrial conference is scheduled for Wednesday, November 14, 2012 at 1:30 p.m.

SIGNED this 18th day of September, 2012.

_____
Janis Graham Jack
United States District Judge